# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00070-CV

### In the Matter of C. H.

#### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
#### NO. D-1-JV-14-000880, HONORABLE JOHN HATHAWAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, a juvenile, has filed an unopposed motion to dismiss her appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: February 27, 2015